VIVIAN J. BUDUSON, as Administratrix of the Estate of LOUIS H. BUDUSON, Deceased, Respondent, *v.* WILLIAM CURTIS, Defendant, and CITY OF WATERTOWN, Appellant.

Argued October 17, 1955; decided November 23, 1955.

*Kenneth W. Brett, Corporation Counsel,* for appellant.
*Lawrence Conboy* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: DYE and BURKE, JJ.